UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES GUIDRY

VERSUS

MURPHY OIL USA, INC., ET AL

CIVIL ACTION

NO. 12-559-SDD-RLB

RULING
and
ORDER OF REMAND

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 5, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Remand* (Rec. Doc. 10) is granted and **IT IS HEREBY ORDERED** that this matter is remanded to the 23rd Judicial District Court, Ascension Parish, Louisiana.

Baton Rouge, Louisiana, August 27, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

23rd JDC